■ PARTY HOUSE CATERERS, INC., Appellant, v. BENJAMIN WEINGARTEN, Respondent. — In an action to enjoin respondent from conducting his business under the trade name and style of " Party Time " or any variation thereof, the appeal is from a judgment dismissing the complaint after trial. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN D'AMICO, Appellant. — Appeal from a judgment of the County Court, Richmond County, convicting appellant of assault in the second degree. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT FORR::·ER, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of driving a motor vehicle while in an intoxicated condition, in violation of subdivision 5 of section 70 of the Vehicle and Traffic Law. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE GARBARINO, Appellant. — Appeal from a judgment of the County Court, Richmond County, convicting appellant of assault in the second degree. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.